# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| JOHN PELLETIER, ) | |
| ) | |
| Plaintiff, ) | CASE NO. 1:11-cv-00333-JAW |
| ) | |
| vs. ) | |
| ) | |
| LOCKHART MORRIS ) | |
| MONTGOMERY, INC. ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

JOHN PELLETIER (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions-Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, LOCKHART, MORRIS & MONTGOMERY, INC. (Defendant), in this case.

                                                              RESPECTFULLY SUBMITTED,

Dated: December 22, 2011                    By: /s/Douglas F. Jennings.
                                                          Douglas F. Jennings, Esq.
                                                          Bar # 3544
                                                          One Weston Court, Suite 103B
                                                         Augusta, ME 04330
                                                          dfjlaw@live.com
                                                          Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 22, 2011, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to all counsel of record by way of the CM/ECF system.

/s/Douglas F. Jennings.
Douglas F. Jennings, Esq.
Attorney for Plaintiff